■ A. R. HYDE & SONS, Respondent, v. ROLLER DERBY SKATE CO., Appellant.— Issue was joined on January 13, 1955, one month after commencement by plaintiff, a Massachusetts corporation, not licensed to do business in New York, of an action to recover the balance due on goods sold and delivered, wherein defenses alleged, among others, were that plaintiff was not the real party in interest; payment; accounts stated and another action pending between the parties in Illinois involving the same subject matter. Special Term's dismissal of the complaint for failure to prosecute was conditioned on plaintiff's service and filing of a note of issue for the following March Term and payment of statutory fees. This court has maintained a firm attitude against unwarranted delay in prosecuting actions. (*Cooper* v. *Schnabolk*, 283 App. Div. 937; *Davis* v. *Cunard S. S. Co.*, 284 App. Div. 1036.) A perfunctory affidavit in opposition to the motion to dismiss, citing a clerk's inadvertence as the reason for the delay, not accompanied by an affidavit of merit, does not satisfy the requirement of rule 156 of the Rules of Civil Practice. Order unanimously modified by directing that the complaint be dismissed unconditionally, with costs and, as so modified, affirmed, with $20 costs and disbursements to the appellant. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ In the Matter of LUDWIG KRIZAR, Respondent, against CHARLES ABRAMS, as State Rent Administrator, Appellant.— It cannot be said on this record that the finding of the Rent Administrator was purely arbitrary for there was sufficient evidence to support the conclusion that the landlord was not acting in good faith. The landlord's attempt to evict the tenant and at the same time retain his own apartment in the premises for occasional use indicates that he was not motivated by any immediate or compelling necessity, but sought the eviction merely as a matter of convenience. Order unanimously reversed, with $20 costs and disbursements to the appellant, the determination of the Rent Administrator reinstated, and a final order is directed to be entered dismissing the proceeding, on the merits, with costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ In the Matter of MARTIN J. ROSS, Appellant, against ALEXANDER A. FALK et al., Constituting the Civil Service Commission of the State of New York, Respondents.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, J. P., Valente, Bergan and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOHN ALEX.— Motion to dismiss appeal granted. Concur — Botein, J. P., Frank, Valente, Bergan and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. VINCENT CASERTA.— Motion to dismiss appeal granted. Concur — Botein, J. P., Frank, Valente, Bergan and Bastow, JJ.